**Order entered September 22, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00696-CV

## IN RE J & S UTILITIES, LLC, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC20-03204A**

### ORDER
Chief Justice Burns, Justice Myers, and Justice Evans

Before the Court is relator's July 24, 2020 petition for writ of mandamus. In the petition, relator complains of the trial court's order granting real parties in interest's summary motion to remove a lien under Chapter 53 of the Texas Property Code. We request a response, if any, from real parties in interest and respondent by **October 12, 2020**.

/s/     DAVID EVANS
        JUSTICE